**448**

error would be harmless because substantial evidence supported the finding of the BIA that the Sohails lived in Islamabad for three and a half years without incident, including two years at the same address. Therefore, substantial evidence supports the BIA's decision that the Sohails could relocate safely to a part of Pakistan other than Karachi and that the Sohails are thus ineligible for withholding of removal. *See* 8 C.F.R. § 1208.16(b)(1)(i)(B); *see also Roy v. Ashcroft,* 389 F.3d 132, 138 (5th Cir.2004).

For the foregoing reasons, the Sohails' petition for review is DENIED.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

The district court did not abuse its discretion in dismissing Wilson's case without prej.udice for Wilson's failure to follow the court's order. *See Callip v. Harris County Child Welfare Dept.,* 757 F.2d 1513, 1518–19 (5th Cir.1985); *Rogers v. Kroger Co.,* 669 F.2d 317, 320 (5th Cir.1982).

AFFIRMED.

**James H. WILSON, Sr., Plaintiff–Appellant,**

**v.**

**John E. POTTER, Postmaster General, United States Postal Service, Defendant–Appellee.**

**No. 06–10568.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Sept. 27, 2006.

James H. Wilson, Sr., pro se.

Donna Kathleen Webb, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellee.

**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Jacqueline O. RICHARDSON, Defendant–Appellant.**

**No. 03–51000.**

United States Court of Appeals, Fifth Circuit.

Decided Sept. 28, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.